DEXTER, Appellant, v. SUN PRINTING & PUBLISHING ASS'N, Respondent. (Su-

preme Court, Appellate Division, First Department. June 6, 1902.) Action by Olive M. Dexter against the Sun Printing & Publishing Association. A. M. Sanders, for appellant. F. Bartlett, for respondent. No opinion. Judgment affirmed, with costs. See 73 N. Y. Supp. 706.